FILED

2010 MAY 13  AM 9:02

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THADDEUS BOUDREAUX,<br><br>                       Petitioner,<br>vs.<br><br>JAMES WALKER, et al.,<br><br>                       Respondents. | CASE NO. 09CV0662-BEN (BLM)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

      Concurrently herewith, the Court entered judgment denying Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. Effective December 1, 2009, this Court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant. Rule 11 foll. 28 U.S.C. § 2254; 28 U.S.C. § 2253; Fed. R. App. P. 22(b). For the reasons set forth below, the Court **DENIES** certificate of appealability as to all claims asserted by Petitioner in his Petition for Writ of Habeas Corpus.

      A certificate of appealability ("COA") is authorized "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C.A. § 2253(c)(2). The applicant must meet the "substantial showing" standard with respect to each issue he or she seeks to raise on appeal. *Lambright v. Stewart*, 220 F.3d 1022, 1024 (9th Cir. 2000).

      "The issue of whether to grant a COA 'becomes somewhat more complicated where, as

1 | here, the district court dismisses the (claims) based on procedural grounds.'" *Lambright v.*
2 | *Stewart*, 220 F.3d 1022, 1026 (9th Cir. 2000), quoting *Slack v. McDaniel*, 529 U.S. 473, 484
3 | (2000). In that situation, this Court "must decide whether 'jurists of reason would find it debatable
4 | whether the petition states a valid claim of the denial of a constitutional right'" and "whether
5 | 'jurists of reason would find it debatable whether the district court was correct in its procedural
6 | ruling.'" *Id.*
7 |     In this case, the Court finds that reasonable jurists would not find it debatable that
8 | Petitioner was denied a constitutional right or that the district court was not correct in its
9 | procedural ruling. *Slack*, 529 U.S. at 484; *Lambright*, 220 F.3d at 1026. Accordingly, the Court
10 | hereby **DENIES** certificate of appealability.
11 | **IT IS SO ORDERED.**
12 | Date: May /2, 2010

Hon. Roger T. Benitez
United States District Court Judge